Dismissed and Memorandum Opinion filed October 1, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00664-CV

____________

 

CECIL GAMMILL, JR.,
Appellant

 

V.

 

DAVID A. FETTNER,
TRUSTEE OF THE GAMMILL FAMILY TRUST, 

JACK F. ABERCIA,
CONSTABLE OF HARRIS COUNTY, PRECINCT ONE, SERGEANT ALBERT LUI, DEPUTY, LOREN
JACKSON, HARRIS COUNTY DISTRICT CLERK Appellees

 



On Appeal from the
190th District Court

Harris County,
Texas

Trial Court Cause
No. 2009-42282



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from an order signed July 16, 2009.  On Septemer 9, 2009, the parties
filed an agreed motion to dismiss the appeal because all issues have been
settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Guzman, and Boyce.